| | |
|---|---|
| 1 | Darrell E. Davis (SBN 011442) |
| 2 | Christopher T. Curran, (SBN 032583) |
|   | **CLARK HILL PLC** |
| 3 | 14850 N Scottsdale Road, Suite 500 |
|   | Scottsdale, Arizona 85254 |
| 4 | Telephone: (480) 684-1100 |
| 5 | Email:  ddavis@clarkhill.com |
|   |            ccurran@clarkhill.com |
| 6 | *Attorneys for Defendant* |

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| Derek Houston, | Case No.: 2:19-cv-05229-JJT |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| FCA US, LLC d/b/a Ram, | |
| Defendant. | |

PLEASE TAKE NOTICE that Defendant FCA US LLC ("Defendant") and Plaintiff Derek Houston ("Plaintiff") have agreed to settle this action. Pursuant to the Court's Order dated March 2, 2020 (Doc. 21), within thirty (30) days the Parties will file a stipulation to dismiss or file a status report with the Court stating why a stipulation to dismiss cannot be filed.

DATED this 3rd day of March, 2020.

**CLARK HILL PLC**

By: *s/ Christopher T. Curran*
　　Darrell E. Davis
　　Christopher T. Curran
　　*Attorneys for Defendant FCA US LLC*

394090\223478263.v1

**AMAR LAW GROUP PLLC**

By: *s/ Henry Vorderbruggen (with permission)*
Henry Vorderbruggen
Shalev Amar
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to the following CM/ECF registrants:

Henry Vorderbruggen
Amar Law Group, PLLC
7001 N. Scottsdale, Rd., Suite 2060
Scottsdale, AZ 85253
hvorderbruggen@amarlawgrp.com
*Attorneys for Plaintiff*

By:   *s/ Joyce Johnston*

394090\223478263.v1