1  Darrell E. Davis (SBN 011442)
   Christopher T. Curran, (SBN 032583)
2  **CLARK HILL PLC**
3  14850 N Scottsdale Road, Suite 500
   Scottsdale, Arizona 85254
4  Telephone: (480) 684-1100
   Email: ddavis@clarkhill.com
5         ccurran@clarkhill.com
6  *Attorneys for Defendant*

7                UNITED STATES DISTRICT COURT
8                     DISTRICT OF ARIZONA

| Derek Houston, | Case No.: 2:19-cv-05229-JJT |
|---|---|
| Plaintiff, | **STATUS REPORT AND STIPULATION FOR EXTENSION OF ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| FCA US, LLC d/b/a Ram, | |
| Defendant. | **(Third / Final Request)** |

Pursuant to LRCiv. 7.3(a) and the Parties' Notice of Settlement (Doc. 22), Defendant FCA US LLC ("Defendant") and Plaintiff Derek Houston ("Plaintiff") hereby stipulate and request an extension of this matter before the Court dismisses the action with prejudice for an additional twenty-three (23) days, up to an including July 17, 2020.

This Stipulation comes in light of the unexpected ramifications of the COVID-19 outbreak that have inhibited the Defendant's ability to effectuate its obligations under the settlement agreement the Parties entered into. In particular, the parties are at a point now where there is a specific date on which the settlement can be finalized. As a result, the Parties have agreed that an extension of twenty-three additional days is the best means of ensuring that the settlement agreement's provisions are upheld, before the Court enters its order for dismissal with prejudice. The Parties will file another status report with the

321291\260033396.v1

Court stating why an order to dismiss with prejudice cannot be filed, if necessary. Accordingly, the Parties respectfully request the Court withhold its order for dismissal with prejudice an additional twenty-three (23) days, up to and including July 17, 2020.

DATED this 24th day of June, 2020.

**CLARK HILL PLC**

By: *s/ Christopher T. Curran*
    Darrell E. Davis
    Christopher T. Curran
    *Attorneys for Defendant FCA US LLC*

**AMAR LAW GROUP PLLC**

By: *s/ Henry Vorderbruggen (with permission)*
    Henry Vorderbruggen
    Shalev Amar
    *Attorneys for Plaintiff*

321291\260033396.v1

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of a Notice of Service of Electronic Filing to the following CM/ECF registrants:

Henry Vorderbruggen
Amar Law Group, PLLC
7001 N. Scottsdale, Rd., Suite 2060
Scottsdale, AZ 85253
hvorderbruggen@amarlawgrp.com
*Attorneys for Plaintiff*

By:   *s/ Joyce Johnston*

321291\260033396.v1