# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Derek Houston,<br><br>         Plaintiff,<br><br>v.<br><br>FCA US LLC,<br><br>         Defendant. | No. CV-19-05229-PHX-JJT<br><br>**ORDER** |

At issue is the Parties' Status Report and Stipulation for Extension of Order for Dismissal with Prejudice (Doc. 28). Upon review and good cause appearing;

IT IS HEREBY ORDERED granting the Stipulation for Extension of Order for Dismissal with Prejudice (Doc. 28). This matter will be dismissed with prejudice on July 17, 2020, unless the Parties file another status report or a stipulation to dismiss prior to that date.

Dated this 26th day of June, 2020.

Honorable John J. Tuchi
United States District Judge