# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Derek Houston, | No. CV-19-05229-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| FCA US LLC, | |
| Defendant. | |

Pursuant to this Court's Order of June 26, 2020 (Doc. 29),

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 22nd day of July, 2020.

*[signature]*

Honorable John J. Tuchi
United States District Judge